1004

THE STATE OF WASHINGTON, *Respondent,* v. SHAWN C. SANDERS, *Appellant.*

Appeal from a judgment of the Superior Court for Columbia County, No. 03-1-00010-3, William D. Acey, J., entered December 4, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney, A.C.J., and Schultheis, J.

THE STATE OF WASHINGTON, *Respondent,* v. JOHN FOX, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-01023-9, Cameron Mitchell, J., entered September 29, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

THE STATE OF WASHINGTON, *Respondent,* v. HOA TANG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-14418-0, Bruce W. Hilyer, J., entered April 12, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Coleman, J.

THE STATE OF WASHINGTON, *on behalf of* LAURA BENJAMINSON, *Respondent,* v. MICHAEL BENJAMINSON, *Appellant,* JENNIE LYNN McLEAN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 98-3-00275-5, Jay V. White, J., entered September 9, 2003. *Affirmed* by unpublished per curiam opinion.